KOH
JCC:  USAO 2022R00813

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 23-cr-00213-DLB |
| v. | * | CRIMINAL NO.    USDC- GREENBELT |
| | * | '23 JUN 15 AM 11:15 |
| BRIAN MALIK OXLEY, | * | (Possession of a Machinegun, 18 U.S.C. |
| | * | § 922(o); Forfeiture, 18 U.S.C. § 924(d), |
| Defendant | * | 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

### INDICTMENT

### COUNT ONE
#### (Possession of a Machinegun)

The Grand Jury for the District of Maryland charges that:

On or about November 2, 2022, in the District of Maryland, the defendant,

### BRIAN MALIK OXLEY,

knowingly possessed a machinegun, as defined by 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b),

that is, a Glock, Model 17, 9mm Luger caliber pistol with a full-automatic switch installed.

18 U.S.C. § 922(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2.      Upon conviction of the offense set forth in Count One, the defendant,

**BRIAN MALIK OXLEY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense.

### Property Subject to Forfeiture

3.      The property to be forfeited includes, but is not limited to, the following property seized during the execution of a search and seizure warrant from a residence associated with the defendant in Suitland, Maryland, on or about November 2, 2022: a Glock, Model 17, 9mm Luger caliber handgun bearing serial number FUH916, equipped with a full-automatic switch, and approximately 17 rounds of 9mm caliber ammunition contained therein.

### Substitute Assets

4.      If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided

without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall

be entitled to forfeiture of substitute property up to the value of the forfeitable property.


18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)


Erek L. Barron
United States Attorney


A TRUE BILL:


**SIGNATURE REDACTED**                    Date: June 15 , 2023